```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                         CASE NO. 07 B 14755
      STEPHEN C WITMER
                                                   CHAPTER 13

                                                   JUDGE: JOHN H SQUIRES

          Debtor
      SSN XXX-XX-8617


    ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

        1.  The case was filed on 08/15/07 and confirmed on 10/19/07.

        2.  The case was converted to Chapter 7 after confirmation, 04/23/2008.

        3.  The Debtor paid a total of $   1368.00 .

        4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | SECURED | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | MORTGAGE ARRE | 2787.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| HEALTHSOUTH OF WARRENVIL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1076.16 | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY FOODS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MARIANJOY REHAB HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| D&B MRS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1386.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2787.00 | .00 | 2462.16 | .00 | 5249.16 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, KATHLEEN VAUGHT               , was allowed $   3500.00
and was paid $   2006.00  direct and $   1306.44  through the plan.

The Trustee received $       61.56 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14755 STEPHEN C WITMER